THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN McGUIRE, Appellant.

Argued June 9, 1937; decided July 13, 1937.

*Warren H. Mayell* and *Robert J. Fitzsimmons* for appellant.

*William Copeland Dodge, District Attorney (Aiken A. Pope* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and O'BRIEN, JJ.